IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: JOHN SEIDNER | ) CASE NO. 07-41149 |
| | ) |
| DEBTOR | ) CHAPTER 7 PROCEEDING |
| | ) |
| | ) JUDGE KAY WOODS |

TRUSTEE'S OBJECTION TO CLAIM NO. 8

Now comes Elaine B. Greaves, Trustee, and hereby objects to Claim No.8 as follows:

The Trustee objects to Claim No. 8 in the amount of $63,000,000.00 filed on behalf of Dave Kemp, et al as a "potential civil judgment".

The Trustee has no basis upon which to determine the validity of said claim.

WHEREFORE, Elaine B. Greaves, Trustee, by and through counsel, moves the Court for an Order disallowing Claim No. 8.

      _Elaine B. Greaves, Esq._
      ELAINE B. GREAVES, Esq., #0052259
      Chapter 7 Trustee
      National City Bank Building
      16 Wick Avenue, #801
      Youngstown, OH 44503
      (330) 744-5139

**PLEASE TAKE NOTICE** that unless a written objection to the foregoing Objection to Proof of Claim No. 8 is filed within thirty (30) days of service thereof with the Clerk of the U.S. Bankruptcy Court, 10 East Commerce Street, Youngstown, OH 44503, and served upon the Trustee, no hearing will be held on this Objection to Proof of Claim No. 8, and the Trustee will submit a proposed Order to the Court for approval.

**PLEASE TAKE FURTHER NOTICE** that if a timely written objection in the form of a pleading is filed with the Clerk of Court and served upon the Trustee, the Clerk shall send a notice of the date set for hearing on the objection to the objecting party as well as to the Trustee.

DATE: 08/14/08                               /s/ Elaine B. Greaves, Esq.

ELAINE B. GREAVES, Esq., #0052259
Chapter 7 Trustee
National City Bank Building
16 Wick Avenue, #801
Youngstown, OH 44503
(330) 744-5139

CERTIFICATE OF SERVICE

This is to certify that on this 14th day of August, 2008, a copy of the foregoing Trustee's Objection to Claim No.8 was served electronically to the following:

Office of the U.S. Trustee (electronically)
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue, Room 441
Cleveland, OH 44114

Theodore J. Lesiak, Esq. (electronically)
Attorney at Law
Oberholtzer, Filous & Lesiak
39 Public Square, Suite 201
Medina, OH 44256

Elaine B. Greaves, Esq.
ELAINE B. GREAVES, Esq., #0052259
Chapter 7 Trustee