**IT IS SO ORDERED.**

_Kay Woods_
**Honorable Kay Woods**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: JOHN SEIDNER. | ) CASE NO. 07-41149 |
| | ) |
| DEBTOR | ) CHAPTER 7 PROCEEDING |
| | ) |
| | ) JUDGE KAY WOODS |
| | ) |
| | ) ORDER |

This matter is before the Court on the objection of the Trustee to claim 8 (the "Objection"). Based upon the information contained in the Objection, and for cause shown, the Court finds as follows:

The Trustee objects to Claim No. 8 in the amount of $63,000,000.00 filed on behalf of Dave Kemp, et al as a "potential civil judgment".

The Trustee has no basis upon which to determine the validity of said claim.

The Court finds the Objection well taken and the same is hereby granted. By entry of this Order, claim no. 8 is hereby disallowed.

###

INSTRUCTIONS TO CLERK

A copy of the Order on Trustee's Objection to Proof of Claim No. 8 was sent electronically to the following:

Office of the U.S. Trustee (electronically)
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue, Room 441
Cleveland, OH 44114

Theodore J. Lesiak, Esq. (electronically)
Attorney at Law
Oberholtzer, Filous & Lesiak
39 Public Square, Suite 201
Medina, OH 44256

Elaine B. Greaves, Esq. (electronically)
Attorney for Trustee and Trustee
National City Bank Building
16 Wick Avenue, #801
Youngstown, OH 44503